PEOPLE ex rel. AMERICAN ROAD-MACH. CO. v. BOARD OF AUDITORS OF TOWN OF FLOYD.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

TOWNS—ALLOWANCE OF CLAIMS.
    A claim against a town for goods sold is properly disallowed by the board of auditors, where there was no action of the town board authorizing the purchase.

Certiorari by the American Road-Machine Company to review the action of the town board of auditors of the town of Floyd, Oneida county, N. Y., from disallowing the claim of relator for a road machine sold to the town.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

C. D. Prescott, for relator.

Evans & Kneeland, for defendants.

HARDIN, P. J. There was no action of the town board which authorized the purchase of the machines, as appears from the return. Therefore, the relator is not entitled to the relief claimed. The action of the town board confirmed, with $50 costs and disbursements. All concur.